MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234
E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0640 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| MARCO ANTONIO CHAVOYA OCHOA, | |
| Defendant. | |

With the agreement of the parties in open court on August 24, 2012, and with the consent of the defendant Marco Antonio Chavoya Ochoa ("defendant"), the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 24, 2012, to August 29, 2012. The Court finds and holds, as follows:

1.      The defendant appeared before the Court for arraignment on the Indictment on August 24, 2012. At that time, the Court set the matter for an initial appearance before the assigned district court judge, the Honorable Edward M. Chen, on August 29, 2012.

2.      At the appearance on August 24, 2012, government counsel informed the Court that the government would be producing discovery upon the defendant's request.

STIP. & [PROPOSED] ORDER
CR 12-0640 EMC

1  Counsel for the defendant will need time to review that discovery and to investigate the

2  case.

3      3.      The Court finds that, taking into account the exercise of due diligence and

4  the public interest in the prompt disposition of criminal cases, granting the continuance

5  until August 29, 2012, is necessary for effective preparation of defense counsel. See 18

6  U.S.C. § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds that the ends of

7  justice served by excluding the period from August 24, 2012, to August 29, 2012,

8  outweigh the best interest of the public and the defendant in a speedy trial. Id.

9  § 3161(h)(7)(A).

10     4.      Accordingly, and with the consent of the defendant, the Court orders that

11  the period from August 24, 2012, to August 29, 2012, be excluded from Speedy Trial Act

12  calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

13  SO STIPULATED.

14  DATED: August 24, 2012                MELINDA HAAG
                                         United States Attorney
15

16                                       _____
                                              /s/
17                                       KYLE F. WALDINGER
                                         Assistant United States Attorney
18

19  DATED: August 24, 2012                    /s/
                                         _____
20                                       GINNY H.K. WALIA
                                         Counsel for the defendant MARCO ANTONIO
21                                       CHAVOYA OCHOA

22  IT IS SO ORDERED.

23

24  DATED: August _31_, 2012

25                                       ELIZABETH D. LAPORTE
                                         United States Magistrate Judge
26

27

28

STIP. & [PROPOSED] ORDER
CR 12-0640 EMC                      -2-